| | |
|---|---|
| Eric S. Vail, City Attorney (SBN 160333)<br>CITY OF HEMET<br>Ronald F. Frank (SBN 109076)<br>Amy E. Hoyt, (SBN 149789)<br>E-mail: ahoyt@bwslaw.com<br>Joseph P. Byrne (SBN 190365)<br>E-mail: jbyrne@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>2280 Market Street, Suite 300<br>Riverside, CA 92501-2121<br>Tel: (951) 788-0100   Fax: (951) 788-5785 | **MADE JS-6** |

Attorneys for Defendant
CITY OF HEMET

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD TOUNGET,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HEMET, et al.<br><br>    Defendants. | **Case No. ED CV 08-00464 GW (AGRx)**<br><br>**JUDGMENT IN FAVOR OF DEFENDANT CITY OF HEMET**<br><br>**Judge: Hon. George Wu**<br>**Removal Filed:   04-04-08** |

On February 10, 2011, Defendant City of Hemet's ("City") Motion for Summary Judgment, Or in the Alternative for Summary Adjudication of Claims and Defenses came on regularly for hearing at 8:30 a.m. in Courtroom 10 of the above-entitled court, the Honorable George Wu, presiding. Amy E. Hoyt of Burke, Williams & Sorensen, LLP appeared on behalf of the City. Russell Cole of DePasquale & Cole appeared on behalf of Plaintiff Howard Tounget.

After taking the matter under submission and after full consideration of the moving papers, oral argument and the documents on file with the Court, on February 14, 2011 the Court granted the City's Motion for Summary Judgment. A

1  true and correct copy of the Court's Final Ruling on Motion for Summary
2  Judgment is attached as Exhibit A.  The Court finds that there are no genuine issues
3  of material fact and that the City is entitled to judgment as a matter of law.
4  Accordingly, the Court enters judgment in the City's favor on the Third Amended
5  Complaint.  The case is dismissed with prejudice and the City may recover costs of
6  suit upon application to this Court.

       **IT IS SO ORDERED.**

Dated: February 17, 2011

*[signature]*
_____
GEORGE H. WU, U.S. District Judge

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2280 Market Street, Suite 300, Riverside, California 92501.

On **February 15, 2011**, I served the following document(s): **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT CITY OF HEMET** on interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Russell Cole, Esq.<br>Paul DePasquale, Esq.<br>**DEPASQUALE & COLE**<br>523 West Sixth Street, Suite 707<br>Los Angeles, CA 90014 | **Attorneys for Plaintiff**<br>**HOWARD TOUNGET**<br><br>Tel : (213) 629-3550<br>Fax : (213) 629-0354<br>Email: prdrjclaw@yahoo.com |

**X**    **BY COURT CASE MANAGEMENT/ ELECTRONIC CASE FILES (CM/ECF) SYSTEM,** By submitting the document listed above as a Portable Document Format (PDF), by uploading an electronic version via CM/ECF System case filing which automatically generates a Notice of Electronic Filing or NEF which allows recipients to retrieve the document(s) automatically, pursuant to the Court's Administrative Order Regarding Electronic Filing. I certify that said transmission was completed and that all pages contained therein were received.

**X**    **BY EMAIL.** I caused the document (without enclosures) described above, to be sent via email in PDF format to the above-referenced person(s) at the email addresses listed. [Pursuant to agreement between counsel – electronic service pursuant to Rule 2.260, CRC]

Executed on **February 15, 2011**, at Riverside, California.

**X**    **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Mary E. Hensley