1   Eric S. Vail, City Attorney (SBN 160333)
    CITY OF HEMET
2   Ronald F. Frank (SBN 109076)
    Amy E. Hoyt, (SBN 149789)
3   E-mail:  ahoyt@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
4   2280 Market Street, Suite 300
    Riverside, CA  92501-2121
5   Tel:  (951) 788-0100    Fax:  (951) 788-5785

6   Attorneys for Defendant
    CITY OF HEMET

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | HOWARD TOUNGET, | Case No. EDCV 08-464-GW(AGRx) |
|----|----------------|-------------------------------|
| 12 | Plaintiff, | |
| 13 | v. | **AMENDED JUDGMENT IN FAVOR OF DEFENDANT CITY OF HEMET STATING AMOUNT OF COSTS TAXED AGAINST PLAINTIFF** |
| 14 | CITY OF HEMET, et al. | |
| 15 | Defendants. | **Judge:  Hon. George Wu** |
| 16 | | **Removal Filed:    04-04-08** |

17         On February 17, 2011, the court entered judgment in Defendant City of

18   Hemet's ("City") favor and ordered Plaintiff Howard Tounget ("Plaintiff") to pay

19   the City's costs.  A true and correct copy of the Notice of Entry of Judgment, filed

20   on February 22, 2011, is attached as Exhibit A.

21         On March 7, 2011, the district court ordered costs taxed against Plaintiff in

22   the amount of $8,445.44.  A true and correct copy of the Bill of Costs is attached as

23   Exhibit B.

24         Plaintiff appealed.  On May 22, 2013, the Ninth Circuit Court of Appeals

25   issued its Memorandum Opinion affirming judgment in the City's favor and

26   ordering Plaintiff to pay the City's costs.  A true and correct copy of the Court's

27   Memorandum Opinion is attached as Exhibit C.

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
RIVERSIDE

PROPOSED AMENDED JUDGMENT IN
                                         FAVOR OF DEFT CITY OF HEMET

1    On June 14, 2013, the Court of Appeals issued its Mandate and taxed costs

2    against Plaintiff in the amount of $315.00.  A true and correct copy of the Mandate

3    is attached as Exhibit D.

4    Based on the foregoing, the Judgment entered on February 7, 2011 is hereby

5    amended to tax costs against Plaintiff in the amount of $8,760.44.  Plaintiff is

6    ordered to pay the City costs in the amount of $8,760.44.

7    **IT IS SO ORDERED.**

8

9    Dated:  October 1, 2013

10                                              By:_____

11                                              Hon George H. Wu
                                                U.S. DISTRICT COURT JUDGE

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Riverside

- 2 -                   PROPOSED AMENDED JUDGMENT IN
                        FAVOR OF DEFT CITY OF HEMET

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2280 Market Street, Suite 300, Riverside, California 92501-2121.

On **September 27, 2013**, I served the following document(s): **[PROPOSED] AMENDED JUDGMENT IN FAVOR OF DEFENDANT CITY OF HEMET STATING AMOUNT OF COSTS TAXED AGAINST PLAINTIFF** on the interested parties in this action by placing a true and correct copy of such document(s), enclosed in a sealed envelope, addressed as follows:

**SERVICE LIST**
**(Update:  09-26-13)**
**Howard Tounget vs. City of Hemet**
**USDC Docket No.:  5:08-CV-00464-GW (AGR)**

| COUNSEL: | REPRESENTING: |
|---|---|
| **Via OverNite Express & U.S. Mail**<br>Howard Tounget<br>25097 Jutland Drive<br>Hemet, CA  92544 | **Plaintiff in Pro Se**<br>**One Copy**<br><br>Tel  :  (951) 652-5505<br>Fax  :  (951) 927-5441 |
| **Via CM/ECF System & U.S. Mail**<br>Russell Cole, Esq.<br>Paul DePasquale, Esq.<br>**DEPASQUALE & COLE**<br>523 West Sixth Street, Suite 707<br>Los Angeles, CA  90014 | **Previous Attorney for Plaintiff**<br>**Howard Tounget**<br><br>Tel  :  (213) 629-3550<br>Fax  :  (213) 629-0354<br>**Email:  prdrjclaw@yahoo.com** |

( X )  **BY U.S. MAIL, as noted.**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Riverside, California.

( X )  **BY OVERNIGHT COURIER, as noted.**  I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

( X )  **BY COURT CASE MANAGEMENT/ ELECTRONIC CASE FILES (CM/ECF) SYSTEM, as noted.**  By submitting an electronic version of the document listed above via CM/ECF System, pursuant to the Court's Administrative Order Regarding Electronic Filing in All Ninth Circuit Cases dated August 19, 2008.  I certify that said transmission was completed and that all pages contained therein were received.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Riverside

PROPOSED AMENDED JUDGMENT IN FAVOR OF DEFT CITY OF HEMET

1    Executed **September 27, 2013**, Riverside, California.

2    ( **X** )          (**Federal**)          I declare that I am employed in the office of a member of
                                              the bar of this court at whose direction the service was
3                                             made.

4    _____

5                                                      MARY E. HENSLEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28