1  NICOLE R. ROGGEVEEN, Bar No. 252587
   nroggeveen@colehuber.com
2  COLE HUBER LLP
   2855 E. Guasti Road, Suite 402
3  Ontario, California 91761
   Telephone:  (909) 230-4209
4  Facsimile:  (909) 937-2034

5  Attorneys for Defendant and Judgment
   Creditor City of Hemet

6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11  HOWARD TOUNGET,                    Case No. EDCV 08-464 GW (AGRx)

12          Plaintiff,                 **RENEWAL OF JUDGMENT BY**

13      v.                             **CLERK**

14  CITY OF HEMET, et al.,

15          Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Based on the application for renewal of judgment in the above-captioned

2   matter, and pursuant to Federal Rule of Civil Procedure 69(a) and California Code

3   of Civil Procedure §§ 683.110 through 683.320, and for good cause appearing

4   therefor, the amended judgment in favor of Defendant City of Hemet and against

5   Plaintiff Howard Tounget, entered on October 2, 2013, is hereby renewed in the

6   amounts set forth below:

7   **Renewal of money judgment**

8       a.    Total judgment:                                             $8,760.44

9       b.    Costs after judgment:    $0.00

10      c.    Subtotal:    $8,760.44

11      d.    Credits after judgment:    $0.00

12      e.    Subtotal:    $8,760.44

13      f.    Interest after judgment (0.1% per annum):    $87.31

14      g.    Fee for filing renewal application:    $0.00

15      h.    **Total renewed judgment:**    $8,847.75

Dated:  September 27, 2023

Clerk, by  _A. Bandek_

Deputy

RENEWAL OF JUDGMENT